## IN THE CIRCUIT COURT OF MARYLAND FOR ST. MARY'S COUNTY

Margaret Baker-Proctor　　　　　　　*
23293 By The Mill Road　　　　　　*
California, MD 20619　　　　　　　*
　　　　　　　　　　　　　　　　　*
　　and　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　*
Catherine L. Dickerson　　　　　　*
c/o Mary F. Baker　　　　　　　　*
26884 Fowler Court　　　　　　　*
Mechanicsville, MD 20659　　　　*
　　　　　　　　　　　　　　　　*　　Case No.:
　　　　Plaintiffs,　　　　　　　*
vs.　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　*
PNC Bank, National Association　　*
249 Fifth Avenue　　　　　　　　　*
Pittsburgh, PA 15222　　　　　　　*
　　　　　　　　　　　　　　　　*
Server: CSC-Lawyers Incorporating Service *
　　　　　Company　　　　　　　　*
　　　　　7 St. Paul Street　　　　*
　　　　　Suite 820　　　　　　　　*
　　　　　Baltimore, MD 21202　　*
　　　　　　　　　　　　　　　　*
　　　　Defendant.　　　　　　　*

## COMPLAINT

NOW COMES, Plaintiffs, Margret Proctor and Catherine L. Dickerson c/o Mary F. Baker, by and through their attorneys, Samuel Q. Elira Sr., Esquire, Adama S. Koroma, Esquire and The Elira Law Firm, LLC, file this Complaint against Defendant, PNC Bank, National Association (hereinafter referred to "PNC Bank"). Defendant herein published false and defamatory statements, alleging Plaintiffs committed theft. Said statement along with pictures identifying the Plaintiffs were made published and circulated on Worldwide Newspaper, Bay Net, and other social platforms without privilege, without investigation or justification. In further support, Plaintiffs' states as follows:

## JURISDICTION AND VENUE

1. Plaintiff, Margret Proctor, is a resident of St. Mary's County, Maryland.

2. Plaintiff, Catherine L. Dickerson c/o Mary F. Baker, is a resident of St. Mary's County, Maryland.

3. Plaintiffs are related; Mary F. Baker is the mother of both Margret Proctor and Catherine L. Dickerson.

4. Upon information and belief, Defendant, PNC Bank is incorporated in Pittsburgh, PA, doing usual business in Maryland and has a Maryland registered agent.

5. Jurisdiction and venue are proper in this Court pursuant to Sections 6-102(a) and 6-201 of the Courts and Judicial Proceedings Article of the Maryland Annotated Code.

6. Plaintiffs and Defendant has had a banker-client relationship since the early 1980s.

7. On or about May 5, 2021, Margret Baker-Proctor assisted her elderly mother, Mary Baker, by escorting her through PNC drive thru to conduct her banking needs.

8. On or about July 19, 2021, an article was released on firstsheriff.blogspot.com, with photos of both Plaintiff, alleging Mary Baker and Margret Proctor of theft (withdrawing $1,250.00) from a victim's account at PNC's drive thru. The article further encourages the community to contact St. Mary's County Crime Solver for information by offering the community a reward.  (See attached **Exhibit A).**

9. This same article was published on several other media outlets and platforms including, but limited to, smnewsnet.com, Bay Net, and social media. (See attached **Exhibit B).**

10. PNC failed to exercise due care with respect to the lengthy relationship that exists between the parties prior to publishing such egregious allegations, nor was any investigation conducted prior to publishing such defamatory statements.

11. The Defendant's failure to Where the failure to exercise due care created serious economic loss and diminished Plaintiffs' good standing in the community.

12. After Plaintiffs became aware of the aforementioned articles through friends, family and colleagues, Plaintiffs investigated the matter and learned both from PNC employee and the Sheriff's office that it was a mistake, that Plaintiffs were not suspects and had no wrongdoing. (See attached **Exhibit C**).

13. The damage, however, was already done.

14. That several people who viewed the publications wrote derogatory and amassing comments directed at the Plaintiffs' branding them criminals who needed to be swiftly apprehended, leaving the Plaintiffs confused and bewildered.

15. As a result of Defendant's failure to investigation such alleged conduct and to contact the Plaintiffs prior to publishing false statements, Plaintiffs were harassed and denied job opportunities, thus effecting their livelihood.

16. Defendant is a non-natural person and is not subject to the potential exceptions to entry of a Default Judgment applicable to an infant or incompetent or a person in military service or otherwise exempted under the Service members Civil Relief Act (50 U.S.C.App. § 521). (See Affidavit of Non-Military Service).

## COUNT I
## DEFAMATION PER SE

17. Plaintiff incorporates by reference herein all the allegations contained in paragraph 1-16 of this Complaint as if fully set forth herein.

18. On or about July 2021, Defendant filed a criminal report with the St. Mary's County Sheriff Department alleging among other things, that Plaintiffs committed a crime of theft and fraud.

19. Defendant published false statements, alleging Plaintiffs committed theft by submitting a withdraw slip for $1,250.00 from a victim's account, in Worldwide Newspaper, Bay Net and other social platforms without privilege and without investigation.

20. Said publications contained disparaging, defamatory, statements designed to libel, slander, defame and place the Plaintiffs in a false light, and were intended to do so.

21. All publications were authorized, overseen, or otherwise compiled by the Defendant who thereafter circulated and published same to the public via Worldwide Newspaper, Bay Net and other social platforms with the intention of defaming and harming the reputation of the Plaintiffs.

22. The defamatory statement was a false statement of fact that exposes the Plaintiffs to harassment, ridicule, loss of employment opportunity and mental anguish, causes the family to be shunned by the community in which they are a part of.

23. Without limitation, the false and defamatory statement contained in the publication accused Plaintiff of committing a serious crime.

24. Specifically, the publication has caused Plaintiffs to suffer in the following manner:

    a. Loss of their personal and professional reputation in in the community,

    b. A false implication attached to them that they are criminals; and

    c. Mental anguish, embarrassment, and personal humiliation.

25. The statements made were libelous, and defamatory per se.

## COUNT II
## NEGLIGENCE

26. Plaintiffs incorporates by reference herein all the allegations contained in paragraph 1-25 of this Complaint as if fully set forth herein.

27. At the time of the above-described matter, Defendant owed a duty of care to all its customers who frequent the bank including the Plaintiffs.

28. Defendant breached that duty when it committed some or all of the following acts:

   a)  Failed to exercise due care;

   b)  Failed to diligently investigate;

   c)  Filed a false criminal report with the St. Mary's County Sheriff Department alleging among other things, that Plaintiffs committed a crime of theft and fraud;

   d)  Failed to contact the Plaintiffs whom Defendant had a long-time relationship with;

   e)  Failed to exercise adequate standard of care;

   f)  Failed to exercise ordinary care;

   g)  Failed to exercise reasonable care and good faith;

   h)  Failed to use good faith and the exercise of ordinary care;

   i)  Committed or failed to commit other acts not now known to Plaintiffs but which may become known prior to or at the time of trial.

29. The aforementioned publications and subsequent investigation by the St. Mary's Sheriff's Office were caused by the carelessness and negligence of the Defendant, without any negligence or want of due care by Plaintiffs.

30. The Plaintiffs, who were customers, were "particularly vulnerable and dependent on the Defendant's exercise of due care.

31. As a direct, foreseeable, and proximate result of Defendant's breach or breaches, Plaintiffs suffered the economic loss, damage to the Plaintiffs' interest, reputation and good standing in the community.

## COUNT III
## **FALSE LIGHT**

32. Plaintiff incorporates by reference herein all the allegations contained in paragraph 1-29 of this Complaint as if fully set forth herein.

33. On or about July 2021, Defendant filed a criminal report with the St. Mary's County Sheriff Department alleging among other things, that Plaintiffs committed a crime of theft and fraud.

34. Defendant published false statements, alleging Plaintiffs committed theft by submitting a withdraw slip for $1,250.00 from a victim's account, in Worldwide Newspaper, Bay Net and other social platforms without privilege and without investigation.

35. After the articles appeared and were circulated in various platforms, Plaintiffs received innumerable phone calls, lost a considerable of employment opportunities; their good standing in the community, good will, and suffered great emotional distress.

36. Defendant improperly published facts about the Plaintiffs which placed the Plaintiffs in false light by attributing to them conduct and characteristics which were false.

37. Defendant knew that the facts publicized about the private life of the Plaintiffs were false or printed them with a reckless disregard  for the falsity in a manner that would be highly offensive to a reasonable person; and with a reckless disregard for the truth of the matter asserted.

38. The publications were highly offensive to any reasonable person.

39. As a result of Defendant's conduct, Plaintiffs suffered damages.

## COUNT IV
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

40. Plaintiff incorporates by reference herein all the allegations contained in paragraph 1-39 of this Complaint as if fully set forth herein.

41. On or about July 2021, Defendant filed a criminal report with the St. Mary's County Sheriff Department alleging among other things, that Plaintiffs committed a crime of theft and fraud.

42. Defendant further, published false statements, alleging Plaintiffs committed theft by submitting a withdraw slip for $1,250.00 from a victim's account, in Worldwide Newspaper, Bay Net and other social platforms without privilege and without investigation.

43. The Defendant's actions were extreme and outrageous beyond all bounds of decency, so as, to be deemed utterly intolerable in a civilized community, and the Defendant intentionally or recklessly caused the Plaintiffs to suffer severe emotional distress. The recitation of the Defendant's actions will arouse resentment in an average member of the community.

**WHEREFORE**, Plaintiffs, Margret Proctor and Catherine L. Dickerson c/o Mary F. Baker, respectfully requests that this Court enter judgment in their favor and against Defendant, PNC Bank as follows:

a) Enter Judgment for Plaintiffs on all their counts in the amount of Five Hundred Thousand Dollars ($500,000.00), or other amount as determined by the fact finder plus interest, court costs and attorney fees; and

b) For such other and further relief as the Court deems appropriate.

## JURY DEMAND

Plaintiffs' herby requests a trial by jury on their above claims.


Respectfully submitted,

**The Elira Law Firm, LLC**

Samuel Q. Elira Sr., Esquire
Client Protection Fund No.: 1809060001
Adama S. Koroma, Esquire
Client Protection Fund No.: 1912172001
The Elira Law Firm, LLC
3060 Mitchellville Road, Suite 216
Bowie, Maryland 20716
Sqelaw@gmail.com
(301) 218-9405 (Office)
(301) 218-9406 (Fax)
(410) 934-4926 (Cell)

EXHIBIT A

**.ıl** Sprint 📶      9:27 AM      51% 🔋

🔒 **firstsheriff.blogspot.com**    **Done**

The St. Mary's County Sheriff's Office is seeking the identities of the persons pictured in a fraud and theft investigation. On Wednesday, May 5, 2021, the suspects arrived at the drive thru of the PNC Bank in Leonardtown in a blue four-door Chevy Impala and withdrew $1,250 from the victim's savings account. The passenger suspect filled out the withdrawal slip, which was submitted by the driver suspect.

Anyone with information about the identities of the suspects or this incident is asked to call DFC Tyler Westphal at 301-475-4200, ext. 78017 or email tyler.westphal@stmarysmd.com. Case # 26473-21

Citizens may remain anonymous and contact the St. Mary's County Crime Solvers at 301-475-3333, or text a tip to "TIP239" plus their message to "CRIMES" (274637). Through the Crime Solvers Program tipsters are eligible for an award of up to $1,000 for information about a crime in St. Mary's County that leads to an arrest or indictment.

‹      ›            

The St. Mary's County Sheriff's Office is seeking the identities of the persons pictured in a fraud and theft investigation. On Wednesday, May 5, 2021, the suspects arrived at the drive thru of the PNC Bank in Leonardtown in a blue four-door Chevy Impala and withdrew $1,250 from the victim's savings account. The passenger suspect filled out the withdrawal slip, which was submitted by the driver suspect.

Anyone with information about the identities of the suspects or this incident is asked to call DFC Tyler Westphal at 301-475-4200, ext. 78017 or email [illegible]. Case # 26473-21

Citizens may remain anonymous and contact the St. Mary's County Crime Solvers at 301-475-3333, or text a tip to "TIP239" plus their message to "CRIMES" (274637). Through the Crime Solvers Program tipsters are eligible for an award of up to $1,000 for information about a crime in St. Mary's County that leads to an arrest or



EXHIBIT B

 MESSAGES                                    now

**Bernadette Baker**
this is on Twitter

| Log in | Sign up |
|--------|---------|

Leonardtown Woman Arrested After Stealing a
Large Amount of Supplies from MedStar St. …
🔗 smnewsnet.com

 **SMNEWSNET.com** @SMNEWSNETcom · 3h          •••



Identities Sought for Fraud and Theft Suspects
in St. Mary's County | Southern Maryland News…
🔗 smnewsnet.com

**Twitter is better on the app**

Never miss a Tweet  Open this in the Twitter app to get the
full experience.

| Not now | Switch to the app |
|---------|--------------------|

|||            ⬤            ‹





# SMCSO Seeking Identities For Fraud And Theft Suspects At PNC Bank



Bay Net

LEONARDTOWN, Md. – The St. Mary's County Sheriff's Office is seeking the identities of the persons pictured in a fraud and theft investigation. On ...          Read all

.il Sprint 🛜                    **10:47 AM**                    83% 🔋

**Done**                          **2 of 10**

 **Passionfruit829**
24m

I hope they both get caught, I blame the banks for not
paying more attention because once this happens
look at how much the person that has the account go
through.  This has to really stop, pay more attention
bank clerks and ppl stop leaving your bank account
information laying around.

☺ Reply        ⬆ Upvote                    ⬇   • • •

 **Micheline Israel**
4h

Smile, You're on candid camera". 👁😄

☺ Reply        ⬆ Upvote                    ⬇   • • •

 **Hennessy Q. Wunderli...**
14h

Old lady scared of the plump perp.  Add kidnapping,
intimidation to charges.

☺ Reply        ⬆ Upvote                    ⬇   • • •

 **Nancy Adkins**
1d

I thought banks required I.D. for withdrawals(???)

☺ Reply        ⬆ 4                          ⬇   • • •

 Write a Comment                  ⌁

⬆                                           ☰



.ıll Sprint LTE                    8:43 PM                        73% 🔋

**Done**                         **Photo**                          ⬆️



**People also like**      · Comments      Write a comment...

## SMCSO Seeking Identities For Fraud And Theft Suspects At PNC Bank

Bay Net · 12h   💬 1



## Two Arrested After Stealing $1200 Worth Of Merchandise From Walmart

Bay Net · 10h   💬 1



## Docs: Boy found dead in bedroom wall, suspect tried to grab the gun of arresting officer

foxbaltimore.com · 1d



## Phillips Seafood owners' 23-acre Maryland estate heads to auction with no reserve

bizjournals · 8h



EXHIBIT C

   
## Transcription Beta

"Hi this message is for Andrea Proctor this is probably an wings in the same as county sheriffs office I was calling in reference to the case that we had just finished up reference to PNC Bank I was calling to see if you would like something put out regarding the initial bulletin that the case has been successfully resolved and that you when your mother is certainly not suspects and had nothing nothing no wrongdoing at all this case if you would like us to pursue that please give me a call back at **301-475-4200** and my extension is 1955 thank you..."


**Favorites**


**Recents**


**Contacts**


**Keypad**


**Voicemail**

I, Catherine L. Dickerson, *SOLEMNLY affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.*

Catherine L. Dickerson

*I,* Margaret Baker-Proctor, ***SOLEMNLY affirm under the penalties of perjury that the contents of the foregoing are true and correct to the best of my knowledge, information and belief.***

*MargaretBaker-Proctor*
ID V89fF3rGg3jVUbqYMkVvGkjn

Margaret Baker-Proctor

# eSignature Details

**Signer ID:**      **V89fF3rGg3jVUbqYMkVvGkjn**
Signed by:      Margret Proctor
Sent to email:     margaretabaker39@gmail.com
IP Address:     74.214.57.145
Signed at:      Oct 29 2021, 8:23 pm EDT